Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7014

KEVIN L. HOBSON,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

Kevin L. Hobson, of Phoenix, Arizona, pro se.

Maame A.F. Ewusi-Mensah, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. With him on the brief were Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Tracey P. Warren, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Bruce E. Kasold

Hobson appealed to this court more than sixty days after the Veterans Court entered its judgment, and therefore we lack jurisdiction. *See* 38 U.S.C. § 7292(a); Fed. R. App. P. 4(a)(1)(B). Hobson argues that the sixty-day time limit should be equitably tolled in this case. However, the Supreme Court has held that the sixty-day time limit for filing a notice of appeal from a decision of the Veterans Court is jurisdictional and not subject to equitable tolling. *Bowles v. Russell*, 127 S. Ct. 2360, 2363-66 (2007).

Because we lack jurisdiction, we dismiss the appeal.

No costs.

Furthermore, Hobson prevailed in his appeal at the Veterans Court, so there would be no issue to be considered here in any event.